IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CASTILLO,            )<br>                                                       )<br>              Plaintiff,               )<br>                                                       )<br>     vs.                                          )<br>                                                       )<br>                                                       )<br>JANET BERRY,                         )<br>                                                       )<br>              Defendant.            )<br>                                                       )<br>_____ ) | No. C 10-05498 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE *IN FORMA PAUPERIS* APPLICATION |

On December 3, 2010, plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983.  On the same day the clerk of the Court sent a notification to plaintiff that he must file an in forma pauperis application or pay the full filing fee to avoid dismissal of the action. (Docket No. 2.)  Plaintiff was advised to respond within thirty days to avoid dismissal of the action.  (Id.)

On December 28, 2010, plaintiff filed a motion for leave to proceed in forma pauperis.  (Docket No. 3.)  However, this application is deficient as plaintiff has failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official and a copy of his prisoner trust account statement showing transactions for the preceding six months.

In the interest of justice, the Court will grant plaintiff an extension of time to

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JW\CR.10\Castillo05498_ifp-eot.wpd

1  file the missing documents, *i.e.*, a Certificate of Funds in Prisoner's Account
2  completed and signed by an authorized officer at the prison and a copy of his
3  prisoner trust account, **no later than thirty (30) days** from the date this order is
4  filed.  In the alternative, plaintiff may pay the full $350.00 filing fee.

5  **Failure to respond in accordance with this order in the time provided**
6  **may result in dismissal of this case without prejudice for failure to pay the**
7  **filing fee without further notice to plaintiff.**

8  The clerk shall enclose two blank copies of the court's Certificate of Funds in
9  Prisoner's Account with a copy of this order to plaintiff.

11  DATED:  April 7, 2011
         JAMES WARE
12       United States District Chief Judge

Order Granting Ext. Of Time
P:\PRO-SE\SJ.JW\CR.10\Castillo05498_ifp-eot.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J CASTILLO,

        Plaintiff,

  v.

JANET BERRY,

        Defendant.

Case Number: CV10-05498 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/15/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher J. Castillo F-39720
NKSP
PO Box 567
Delano, CA 93216

Dated: 4/15/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk