IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER CASTILLO, | ) | No. C 10-05498 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| JANET BERRY, | ) ) | |
| Defendant. | ) ) | |

On December 3, 2010, Plaintiff filed this pro se civil rights pursuant to 42 U.S.C. § 1983. The same day, the Clerk of the Court sent a notification to Plaintiff that his complaint was deficient because he had not paid the filing fee or filed an In Forma Pauperis ("IFP") Application. (Docket No. 2.) Plaintiff was advised to either pay the filing fee or file an IFP application within thirty days to avoid dismissal of the action. (Id.)

On December 28, 2010, Plaintiff filed an IFP application which was deficient because Plaintiff failed to attach a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and a copy of his prisoner trust account statements showing transactions for the last six months. (Docket No. 3.) On April 15, 2011, the Court directed Plaintiff to file the missing

Order of Dismissal
P:\PRO-SE\SJ.EJD\CR.10\Castillo05498_dism-ifp.wpd

1  documents within thirty days, *i.e.*, by May 15, 2011, to avoid dismissal of the action.
2  (Docket No. 5.)
3        The deadline has since passed, and Plaintiff has neither paid the filing fee nor
4  filed the necessary documents to complete his IFP application. Accordingly, this
5  case is DISMISSED without prejudice for failure to pay the filing fee.
6        The Clerk shall terminate any pending motions and close the file.

8  DATED: June 6, 2011 
9                                            EDWARD J. DAVILA
                                          United States District Judge

**United States District Court**
For the Northern District of California

Order of Dismissal
P:\PRO-SE\SJ.EJD\CR.10\Castillo05498_dism-ifp.wpd     2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J CASTILLO,

        Plaintiff,

  v.

JANET BERRY,

        Defendant.

Case Number: CV10-05498 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/8/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher J. Castillo F-39720
NKSP
PO Box 567
Delano, CA 93216

Dated: 6/8/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk